IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
        v.                     )        4:11CV01693 AGF
                               )
$24,751.00 U.S. Currency       )
                               )
                Defendant.     )

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, beginning on October 13, 2011,

as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

November 23, 2011 at St. Louis, MO.

Milton C. McDaniel
Forfeiture Specialist

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION
## COURT CASE NUMBER: 4:11CV01693 AGF; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

$24,751.00 U.S. Currency (11-DEA-547828),

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (October 13, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 111 South 10th St., Suite 3.300, St. Louis, MO  63102, and copies of each served upon Assistant United States Attorney Julia M. Wright, Thomas F. Eagleton Courthouse, 111 South Tenth Street, 20th Floor, St. Louis, MO  63102, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 13, 2011 and November 11, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $24,751.00 U.S. Currency

**Court Case No:**          4:11CV01693 AGF
**For Asset ID(s):**        See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/13/2011 | 24.0 | Verified |
| 2 | 10/14/2011 | 24.0 | Verified |
| 3 | 10/15/2011 | 24.0 | Verified |
| 4 | 10/16/2011 | 24.0 | Verified |
| 5 | 10/17/2011 | 24.0 | Verified |
| 6 | 10/18/2011 | 24.0 | Verified |
| 7 | 10/19/2011 | 24.0 | Verified |
| 8 | 10/20/2011 | 24.0 | Verified |
| 9 | 10/21/2011 | 24.0 | Verified |
| 10 | 10/22/2011 | 24.0 | Verified |
| 11 | 10/23/2011 | 24.0 | Verified |
| 12 | 10/24/2011 | 24.0 | Verified |
| 13 | 10/25/2011 | 24.0 | Verified |
| 14 | 10/26/2011 | 24.0 | Verified |
| 15 | 10/27/2011 | 24.0 | Verified |
| 16 | 10/28/2011 | 24.0 | Verified |
| 17 | 10/29/2011 | 24.0 | Verified |
| 18 | 10/30/2011 | 24.0 | Verified |
| 19 | 10/31/2011 | 24.0 | Verified |
| 20 | 11/01/2011 | 24.0 | Verified |
| 21 | 11/02/2011 | 24.0 | Verified |
| 22 | 11/03/2011 | 23.8 | Verified |
| 23 | 11/04/2011 | 24.0 | Verified |
| 24 | 11/05/2011 | 24.0 | Verified |
| 25 | 11/06/2011 | 24.0 | Verified |
| 26 | 11/07/2011 | 24.0 | Verified |
| 27 | 11/08/2011 | 24.0 | Verified |
| 28 | 11/09/2011 | 24.0 | Verified |
| 29 | 11/10/2011 | 24.0 | Verified |
| 30 | 11/11/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.